No. 344. Simonpietri et al., Petitioners, *v.* Rodríguez Serra, District Judge. Second District Court of San Juan.—Certiorari. Decided January 27, 1922. The petition did not

show the errors of jurisdiction or procedure alleged to have been committed. *Petition denied.*